UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ELIZABETH A.M.,<br><br>Petitioner,<br><br>v.<br><br>ANDREW SAUL, Acting Commissioner of Social Security<br><br>Respondent. | Case No. 1:20-cv-00374-DCN-CWD<br><br>**ORDER** |

On March 16, 2017, Petitioner Elizabeth A.M. filed an application for Disability Insurance Benefits with the Social Security Administration. Petitioner's application was denied. After exhausting her administrative remedies, Petitioner sought the Court's review.

On July 2, 2021, United States Magistrate Judge Candy W. Dale issued a Report and Recommendation in this matter. Dkt. 24. Pursuant to statute, Judge Dale gave the parties fourteen (14) days to file written objections to the Report and Recommendation. 28 U.S.C. § 636(b)(1). None were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Dale's Report and Recommendation in its entirety and enters the following order consistent with the same.

///

///

///

ORDER – 1

## ORDER

IT IS HEREBY ORDERED:

1. The Report and Recommendation entered on July 2, 2021 (Dkt. 24), is INCORPORATED and ADOPTED in its entirety;

2. The Petition for Judicial Review is GRANTED as outlined in the Report and Recommendation;

3. This action is REMANDED to the Commissioner for further proceedings consistent with the Report and Recommendation;

4. This Remand is to be considered a "sentence four remand," consistent with 42 U.S.C. § 405(g) and *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002);

5. The Court will enter a separate judgment in favor of Petitioner in accordance with Civil Rule of Civil Procedure 58 and 42 U.S.C. § 405(g).

DATED: August 16, 2021

_____
David C. Nye
Chief U.S. District Court Judge